# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:11-cv-01896-LJO-SKO |
| Plaintiff, | **ORDER TO SUPPLEMENT THE MOTION TO WITHDRAW AS DEFENDANTS' ATTORNEY OF RECORD** |
| v. | |
| DANIEL DE LA CERDA, et al., | |
| Defendants. | |
| _____/ | |

On February 8, 2013, Mr. Daniel Richardson, counsel for Defendants Daniel De La Cerda and Eric De La Cerda, individually and DBA Daniel's Mexican Grill, and Daniel's Mexican Grill, LLC ("Defendants"), filed a motion to withdraw as attorney of record. (Doc. 21.) Mr. Richardson indicates that he has been unable to contact Defendants for the past several months, and that they appeared to have moved from their last known address, failed to respond to emails, and the phone numbers provided to counsel are no longer in service. (Doc. 21-2.) Accordingly, it is unreasonably difficult for Mr. Richardson to carry out his representation of Defendants effectively. (Doc. 21-1.)

While Mr. Richardson's motion sets forth the efforts he has made to contact his clients, the motion nonetheless requires further supporting documentation. First, Mr. Richardson's Declaration fails to state Defendants' last known address. Rule 182(d) of the Local Rules of the United States District Court, Eastern District of California requires that an attorney seeking to withdraw as counsel

"shall provide an affidavit stating the current or last known address or addresses of the client . . . ."). Second, Mr. Richardson fails to state that Defendants were served via certified mail with a copy of this motion at their last known address and fails to provide a proof of this service of this motion. *See* Local Rule 182(d) ("an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client . . . .").

Accordingly, IT IS HEREBY ORDERED that:

1. **No later than March 8, 2013**, Mr. Richardson shall supplement his motion to withdraw as counsel by filing the following:

    a. A statement setting forth his client's last known address; and

    b. A proof of service showing his clients were served with the motion to withdraw;

2. Upon reviewing the supplemental information to be filed by Mr. Richardson, the Court reserves the right to take the matter under submission without a hearing pursuant to Local Rule 230(g); and

3. If the Court elects to take the matter under submission, a minute order will be issued prior to March 13, 2013.

IT IS SO ORDERED.

**Dated:   March 5, 2013**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

2