Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795

Attorney for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J SPORTS PRODUCTIONS, INC., | Case No. CV 11-01896-LJO-SKO |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| DANIEL DE LA CERDA, et al., | |
| Defendants. | |

**ORDER** (Proposed)

The above-entitled action is hereby stayed as to **only** defendant Daniel's Mexican Grill, LLC, an unknown business entity d/b/a Daniel's Mexican Grill, pending disposition of Plaintiff's claims against this particular defendant in bankruptcy.  The actions remains active as to other defendants not subject to a bankruptcy stay.


IT IS SO ORDERED.

   Dated:  **September 11, 2013**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE