UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-1896 LJO SKO |
| Plaintiff, | **ORDER TO FILE STATUS REPORT** |
| vs. | |
| DANIEL DE LA CERDA, et al., | |
| Defendants. | |

This Court granted plaintiff J & J Sports Productions, Inc. ("J & J") at $7,200 judgment against defendant Daniel De La Cerda and contemplates such judgment as full and complete relief for all of J & J's claims, except for attorney fees and costs, which J & J pursues by motion.  As such, this Court sees no need for and intends to vacate the December 5, 2013 pretrial conference and January 28, 2014 trial, unless J & J, no later than November 25, 2013 files papers, preferably jointly with any remaining defendants, to show good cause to proceed with the pretrial conference and trial and to demonstrate absence of prejudice to any remaining defendant if the pretrial conference and trial proceed.

IT IS SO ORDERED.

Dated:   **November 19, 2013**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1