UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 11-1896 LJO SKO |
| Plaintiff, | **ORDER TO VACATE PRETRIAL CONFERENCE AND TRIAL** (Doc. 40.) |
| vs. | |
| DANIEL DE LA CERDA, et al., | |
| Defendants. | |

This Court granted plaintiff J & J Sports Productions, Inc. ("J & J") a $7,200 judgment against defendant Daniel De La Cerda and contemplates such judgment as full and complete relief for all of J & J's claims, except for attorney fees and costs, which J & J pursues by pending motion. This Court's November 19, 2013 order noted this Court's intent to vacate the December 5, 2013 pretrial conference and January 28, 2014 trial, unless J & J, no later than November 25, 2013 filed papers, preferably jointly with any remaining defendants, to show good cause to proceed with the pretrial conference and trial and to demonstrate absence of prejudice to any remaining defendant if the pretrial conference and trial proceed. No papers were filed to comply with the November 19, 2013 order. As such, this Court VACATES the December 5, 2013 pretrial conference and January 28, 2014 trial and intends to close this

1

1   action after a ruling on the pending attorney fees motion.

3   IT IS SO ORDERED.

4   Dated:   **November 26, 2013**              **/s/ Lawrence J. O'Neill**
5                                                     UNITED STATES DISTRICT JUDGE